# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MELVIN J. COLLINS,

    Plaintiff,

vs.

NORTHERN NEVADA CORRECTIONAL
CENTER PRISON AUTHORITIES AND
EMPLOYEES,

    Defendants.

Case No. 3:09-cv-0118-BES-VPC

**ORDER**

    Plaintiff, who is in the custody of the Nevada Department of Corrections, has submitted a document entitled "Permanent Injunction" (Docket #1). It is unclear whether Plaintiff is attempting to initiate a civil rights action pursuant to 42 U.S.C. § 1983 or make a motion in his pending civil rights action, *Collins v. Sanchez*, 3:08-cv-0114-BES-VPC. In the event that Plaintiff is attempting to commence a new action, he has not paid the $350.00 filing fee and has not submitted an Application to Proceed *in Forma Pauperis* as required by 28 U.S.C. §1915(a)(1) and Local Rules LSR 1-1 and 1-2. The Local Rules further require that the application and complaint be made on the forms provided by this Court. LSR 1-1, 1-2, 1-4, and 2-1.

    IT IS THEREFORE ORDERED that the Clerk of the Court shall send Plaintiff a blank application form for an application to proceed *in forma pauperis* for incarcerated litigants and

///

a blank civil rights complaint form with instructions. The Clerk of the Court shall also return a copy of Plaintiff's submission to him.

IT IS FURTHER ORDERED that the action is **DISMISSED** without prejudice. If the Plaintiff is attempting to initiate new claims, he must file a **new** action in which he either pays the $350.00 filing fee in full or submits a complete Application to Proceed *in Forma Pauperis*, accompanied by a properly executed financial certificate and a copy of his inmate trust account statement, and a complaint on the proper forms. If the plaintiff wishes to refile his submission in his existing case, he must resubmit it with the appropriate case number on it.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment accordingly.

DATED: this 12th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE

2