AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

MELVIN J. COLLINS,

      Plaintiff,

V.

NORTHERN NEVADA CORRECTIONAL
CENTER PRISON AUTHORITIES AND
EMPLOYEES,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:09-cv-0118-BES-VPC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the action is DISMISSED without prejudice. If the Plaintiff is attempting to initiate new claims, he must file a **new** action in which he either pays the $350.00 filing fee in full or submits a complete Application to Proceed *in Forma Pauperis*, accompanied by a properly executed financial certificate and a copy of his inmate trust account statement, and a complaint on the proper forms. If the Plaintiff wishes to refile his submission in his existing case, he must resubmit it with the appropriate case number on it.

  March 16, 2009                                           **LANCE S. WILSON**
                                                                      Clerk

                                                                      /s/ Kalani Lizares
                                                                       Deputy Clerk